UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIRVANI SABESS,<br><br>          Defendant. | **WAIVER OF INDICTMENT**<br><br>23 Cr. 371 |

The above-named defendant, who is accused of violating Title 18, United States Code, Section 1343, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Nirvani Sabess
Defendant

_____
Witness

_____
Scott Migden, Esq.
Attorney for Defendant

Dated: New York, New York
       July 20, 2023